IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERN~~ DISTRICT OF PENNSYLVANIA
MIDDLE

Name and address of Plaintiff:
Marcel Dawson QQ2903
Laurel Highlands, 5106 Blades prkv
Somerset PA 15501

v.

Full name, title, and business address of each defendant in this action:
1 Harrisburg Police Dept
123 Walnut St #217
Harrisburg, PA 17101

2 Officer Jeremy J Short
123 Walnut St #217
Harrisburg, PA 17101

Use additional sheets, if necessary
Number each defendant.

FILED
HARRISBURG, PA
JAN 22 2025
PER _____
DEPUTY CLERK

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I. Where are you now confined? Lau/Somerset

   What sentence are you serving? 3 1/2 - 10 yrs

   What court imposed the sentence? Dauphin County Court of common pleas

II. Previous Lawsuits

  A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit

     Plaintiffs     NONE

     Defendants     NONE

  2. Court (if federal court, name the district; if state court, name the county) and docket number

     NONE

3. Name of judge to whom case was assigned _____

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____
   _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

   Where? ~~_____~~
   When? ~~_____~~
   Result: ~~_____~~
   ~~_____~~

III. What federal law do you claim was violated? Due process, police brutality, excessive force, false imprisonment, never read murandim rights

IV. Statement of Claim

   (State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: 1/2023

B. Place of event: 2nd street Harrisburg, PA outside of Aroogas between Locust st & Pine st

C. Persons involved—name each person and tell what that person did to you: ① January 21, 2023 on 2nd outside of Aroogas sports bar and grill. Harrisburg, PA Police Dept, Officer Jeremy J. Shorz tackled me from behind breaking my leg in the process, with out warning.
② I was then hand cuffed and detained with out being told why
③ I was never read my rights.
④ I was then placed in a paddy wagon (police transportation vehicle) with a broken leg and taken to the booking center on Mall Road.
⑤ After being denied by booking center a ambulance was called. I was then placed in (EMS) vehicle and transported to Harrisburg Hospital where I was sedated and prepped for emergency surgery.

Stating I the plantiff am claiming the following:
1) excessive force.
2) police brutality.
3) violation of due process
4) false imprisonment
5) I was never read rights. (marandum)

continued ⟶

## "Intentional Torts"

1) Refrence of allegations, no probable cause to believe a crime was commited or commiting.

2) Police had no probable cause to believe plantiff had commited any crime.

3) Plaintiff suffered sever anxity and psychological distress as a direct result of Defendants actions.

4) Defendants actions were reckless, wanton and outrageous.

5) Plantiff suffered severe leg injuries that are dilibating and needed Hospitalization.

6) Plantiff suffered broken leg because of actions of Defendant.

7) Polices detention of Plantiff was unlawfull

8) Plaintiff suffered finacal damages as a result of police actions conduct, including but not limited to medical expences.

9) Plantiff also suffered permenant function of his leg mobility and use.

10) Plantiff also suffered, extream pain & suffering related to his hospitalization, together with psycholgical damages and sever shock to his nervous system.

11) Plantiff also suffered brusies and contusions as a result of police actions in tackling him.

12) Police actions in tackling plaintiff is constituted as Battery.

13) An arrest, wheather with or without a warrent usually involves conduct which, unless privilegied, is an "Assult" or "Battery" as well as "false imprisonment."

14) As a result of plantiffs injury's he has been unable to undertake his normal duties and believes that he will continue to suffer imparments and disibilities, in the future which will result in his earnings and earning capacity.

[ Also § 11.9 claim against municipalities for damages resulting from police chase, and also alligations of negligence. ]

note: Harrisburg, PA city police later charged me with public drunkeness 2-6-23

V. Did the incident of which you complain occur in an institution or place of custody in this District? If so, where? _____

and answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes ( ) No (X)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ) No (X)

C. If your answer is YES,

1. What steps did you take? N/A

2. What was the result? N/A

D. If your answer is NO, explain why not: _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes ( ) No (X)

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would like 5 million $'s, payment of future med bills, disability payment, compensation for pain and suffering, PTSD, lost wages, past med bills, therapy

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

12-16-24
(Date)

_____
(Signature of Plaintiff)

Smart Communications/PADOC
SCI - Laurel Highlands
Marcel Dawson
QQ2903
PO BOX 33028
St Petersburg FL 33733

PA DEPT OF CORRECTIONS
INMATE MAIL

US POSTAGE PITNEY BOWES
ZIP 15501 $ 002.104⁰
0001402765 JAN 16 2025

Sylvia H. Rambo
United States Courthouse
1501 North 6th street Suite 101
Harrisburg PA, 17102

RECEIVED
HARRISBURG, PA
JAN 22 2025
PER _____ DEPUTY CLERK